IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
KEVIN W. McARDLE
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C. 20004
Tel: (202) 305-0219
Fax: (202) 305-0275
E-mail: kevin.mcardle@usdoj.gov
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
E-mail: david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TURTLE ISLAND RESTORATION NETWORK and MAYPORT VILLAGE CIVIC ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | No. 4:09-cv-05239-CW<br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Date: N/A<br><br>Time: N/A<br><br>Courtroom No. N/A<br><br>Hon. Claudia Wilken |

*Turtle Island Restoration Network, et al. v. U.S. Department of State*, No. 4:09-cv-05239-CW
Stipulation and Proposed Order Extending Time to Respond to Complaint

Plaintiffs Turtle Island Restoration Network and Mayport Village Civic Association and Defendant U.S. Department of State hereby stipulate, pursuant to Civil L.R. 6-2, that the time within which the Defendant may respond to the Complaint is extended from January 4, 2010, to February 19, 2010, subject to approval by this Court.

An answer or other responsive pleading was originally due on January 4, 2010, but was extended by stipulation, pursuant to Local Rule 6-1(a), to February 5, 2010 [Dkt. #10]. (Declaration of David B. Glazer ("Glazer Decl.") ¶ 2.) Counsel for the Defendant has asked counsel for Plaintiffs for a two-week extension of that deadline to accommodate additional time required for the government's development of an appropriate responsive pleading or motion. (Glazer Decl. ¶ 3.) Counsel for the Plaintiffs has agreed to that request, subject to Court approval. (*Id*.) There have been no other requests for extension or continuance in this case. (*Id*. ¶ 4.) The initial Case Management Conference is currently set for May 4, 2010 [Dkt. #9], and no other dates have been set in this case that would be affected by approval of the requested extension. (*Id*. ¶ 5.)

SO STIPULATED:

                                            FOR THE PLAINTIFFS

DATED: February 5, 2010        /s/*Deborah Ann Sivas*
                                            [Concurrence obtained per General Order 45.X]
                                            DEBORAH ANN SIVAS
                                            Environmental Law Clinic
                                            Mills Legal Clinic at Stanford Law School
                                            Crown Quadrangle
                                            559 Nathan Abbott Way
                                            Stanford, California 94305-8610
                                            Tel: (650) 725-8571
                                            Fax: (650) 723-4426
                                            E-mail: dsivas@stanford.edu

                                            FOR THE DEFENDANT

DATED: February 5, 2010        IGNACIA S. MORENO
                                            Assistant Attorney General
                                            Environment & Natural Resources Division

                                            /s/*David B. Glazer*
                                            DAVID B. GLAZER
                                            Natural Resources Section

Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

KEVIN W. McARDLE
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C.  20004
Tel:  (202) 305-0219
Fax:  (202) 305-0275
E-mail:  kevin.mcardle@usdoj.gov

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained Plaintiffs' concurrence in this filing, indicated by the signature of Plaintiffs' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  February 5, 2010    /s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:    (415) 744-6491
Facsimile:    (415) 744-6476
E-mail:  david.glazer@usdoj.gov

## ORDER

Upon consideration of the Stipulation set out above, it is hereby ORDERED that Defendant may have up to and including February 19, 2010, to respond to the complaint.

Dated:  2/5/10

_____
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

*Turtle Island Restoration Network, et al. v. U.S. Department of State*, No. 4:09-cv-05239-CW
Stipulation and Proposed Order Extending Time to Respond to Complaint                         2