```
 1  Deborah A. Sivas (Calif. Bar No. 135446)
    Robb W. Kapla (Calif. Bar No. 238896)
 2  ENVIRONMENTAL LAW CLINIC
    Mills Legal Clinic at Stanford Law School
 3  Crown Quadrangle
 4  559 Nathan Abbott Way
    Stanford, California 94305-8610
 5  Telephone: (650) 723-0325
    Facsimile: (650) 723-4426
 6  dsivas@stanford.edu
 7  rkapla@law.stanford.edu

 8  Attorneys for Plaintiffs
    Turtle Island Restoration Network and
 9  Mayport Village Civic Association Inc.
10
```

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TURTLE ISLAND RESTORATION NETWORK, a non-profit corporation; and MAYPORT VILLAGE CIVIC ASSOCIATION INC., a non-profit corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  Defendant. | Case No. 4:09-cv-05239 CW<br><br>**STIPULATION AND ORDER RE EXTENSION OF BRIEFING AND HEARING DATES**<br><br>Hearing Date:  April 29, 2010<br>Time:  2:00 pm<br>Location:  Courtroom 2, 4th Floor |

Plaintiffs Turtle Island Restoration Network and Mayport Village Civic Association and Defendant U.S. Department of State ("Parties") hereby stipulate to extend the remaining briefing schedule and continue the noticed hearing for Defendant's Motion for Judgment on the Pleadings and request that the Court enter an order directing a revised schedule as set forth below.

The circumstances warranting a short extension of the briefing dates and a short continuance of the noticed hearing date are as follows:

1. The original deadline for Defendant's responsive pleading was January 4, 2010. The parties stipulated to extend that deadline until February 19, 2010, on the understanding that they would work out a mutually acceptable briefing schedule if Defendant chose to file a motion to dismiss.

2. On February 19, 2010, Defendant filed its answer. The initial case management conference in this matter is currently scheduled for May 4, 2010.

3. On March 19, 2010, Defendant filed a Motion for Judgment on the Pleadings.

4. Plaintiffs are represented by the Stanford Environmental Law Clinic, which relies upon certified law students, working under the direct supervision of licensed attorneys, to perform most of the legal work for its clients. March 19, 2010 was the final day of the winter academic quarter, which was followed by a ten-day spring break. Thus, clinic students did not return to campus and classes until March 29, 2010, and could not begin work on the Motion for Judgment on the Pleadings until that time.

5. The parties have agreed to extend the briefing dates in order to allow clinical students to work on the pending Motion for Judgment on the Pleadings and to allow Defendant an additional week for preparation of its reply brief beyond the normal briefing schedule.

6. Accordingly, the parties stipulate to, and request that the Court order, the following new briefing and hearing dates.

|                  | **Current Date** | **New Date** |
|------------------|------------------|--------------|
| Opposition Brief | April 8, 2010    | May 6, 2010  |
| Reply Brief      | April 15, 2010   | May 20, 2010 |
| Hearing          | April 29, 2010   | June 3, 2010 |

7. The proposed extension will not prejudice any party or result in significant delay.

DATED: April 12, 2010                          Respectfully submitted,

 */s/ Deborah A. Sivas*
DEBORAH A. SIVAS
Environmental Law Clinic
Mills Legal Clinic of Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@stanford.edu

Attorneys for Plaintiffs

Case No. 4:09-cv-05349 CW
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING AND HEARING DATES
- 2 -

DATED:  April 12, 2010

IGNACIA S. MORENA
Assistant Attorney General
Environment & Natural Resources Division

 */s/ Kevin W. McArdle*
KEVIN W. McARDLE, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O Box 7369
Washington, D.C.  20044-7369
Tel:  (202) 305-0219
Fax: (202) 305-0275
E-mail:  kevin.mcardle@usdoj.gov

Attorneys for Defendant

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 4/23/2010

HON. CLAUDIA WILKEN
United States District Judge

I hereby attest that I have obtained Defendant's concurrence in this filing, indicated by the signature of Defendant's counsel represented by a "conformed" signature ("/s/") within this e-filed document.

DATED:  April 12, 2010                */s/  Deborah A. Sivas*
                                      DEBORAH A. SIVAS