IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
KEVIN W. McARDLE
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3034
Washington, D.C.  20004
Tel:   (202) 305-0219
Fax:  (202) 305-0275
E-mail:  kevin.mcardle@usdoj.gov
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
E-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TURTLE ISLAND RESTORATION NETWORK and MAYPORT VILLAGE CIVIC ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | No. 4:09-cv-05239-CW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE - **AS MODIFIED**<br><br>Date:   May 4, 2010<br><br>Time:   2:00 p.m.<br><br>Courtroom No.  2<br><br>Hon. Claudia Wilken |

*Turtle Island Restoration Network, et al. v. U.S. Department of State*, No. 4:09-cv-05239-CW
Stipulation and Proposed Order Continuing Case Management Conference

Plaintiffs Turtle Island Restoration Network and Mayport Village Civic Association and Defendant U.S. Department of State hereby stipulate, pursuant to Civil L.R. 6-2, to a continuance of the Case Management Conference, subject to approval by this Court. In support of this stipulation, the parties represent as follows:

1. A Case Management Conference is currently scheduled in this matter for May 4, 2010, at 2:00 p.m. [Dkt. #9]. (Declaration of David B. Glazer ("Glazer Decl.") ¶ 2.)

2. The Defendant filed a motion for judgment on the pleadings on March 19, 2010 [Dkt. #17]. (Glazer Decl. ¶ 3.)

3. The Defendant stipulated to Plaintiffs' request for an enlargement of the briefing schedule for the motion for judgment on April 7, 2010 [Dkt. #19] and again on April 12, 2010 [Dkt. #20]. (Glazer Decl. ¶ 4.) The second request asked the Court to schedule a hearing on Defendants' motion for June 3, 2010. (*Id*.) The Court approved that request on April 23, 2010 [Dkt. #22]. (*Id*.)

4. Because the Case Management Conference is currently scheduled to be held one month before the motion for judgment will be heard, it would be appropriate to reschedule the Case Management Conference for a date after the motion is resolved. If resolution of the motion does not dispose of this case in its entirety, the parties propose that the Conference be set for a date approximately two weeks after a decision on the motion.

5. The parties previously stipulated to an extension of time for Defendant to respond to the complaint, pursuant to Civil L.R. 6-1(a) on December 31, 2009 [Dkt #10]. (Glazer Decl. ¶ 5.) The parties stipulated to a further extension of the time for a response to the complaint on February 4, 2010 [Dkt. #14], which the Court granted on February 5, 2010 [Dkt. #15].[1] (*Id*.)

6. Other than as set out in Paragraphs 3 and 5, above, there have been no other requests for extension or continuance. (Glazer Decl. ¶ 6.)

/ / /

---

[1] Defendant filed its answer on February 19, 2010 [Dkt. #16].

*Turtle Island Restoration Network, et al. v. U.S. Department of State*, No. 4:09-cv-05239-CW
Stipulation and Proposed Order Extending Continuing Case Management Conference                   1

SO STIPULATED:

                                              FOR THE PLAINTIFFS

DATED: April 30, 2010          /s/*Deborah Ann Sivas*
                                          [Concurrence obtained per General Order 45.X]
                                          DEBORAH ANN SIVAS
                                          Environmental Law Clinic
                                          Mills Legal Clinic at Stanford Law School
                                          Crown Quadrangle
                                          559 Nathan Abbott Way
                                          Stanford, California 94305-8610
                                          Tel:   (650) 725-8571
                                          Fax: (650) 723-4426
                                          E-mail:  dsivas@stanford.edu

                                          FOR THE DEFENDANT

DATED: April 30, 2010          IGNACIA S. MORENO
                                          Assistant Attorney General
                                          Environment & Natural Resources Division

                                          /s/*David B. Glazer*
                                          DAVID B. GLAZER
                                          Natural Resources Section
                                          Environment & Natural Resources Division
                                          United States Department of Justice
                                          301 Howard Street, Suite 1050
                                          San Francisco, California
                                          Tel:   (415) 744-6491
                                          Fax: (415) 744-6476
                                          E-mail:  David.Glazer@usdoj.gov

                                          KEVIN W. McARDLE
                                          United States Department of Justice
                                          Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
                                          601 D Street, N.W., Room 3034
                                          Washington, D.C. 20004
                                          Tel:   (202) 305-0219
                                          Fax: (202) 305-0275
                                          E-mail:  kevin.mcardle@usdoj.gov

<u>ATTORNEY ATTESTATION OF CONCURRENCE</u>

     I hereby attest that I have obtained Plaintiffs' concurrence in this filing, indicated by the signature of Plaintiffs' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated: April 30, 2010                    /s/*David B. Glazer*
                                          DAVID B. GLAZER

1
ORDER

2   Upon consideration of the Stipulation set out above, it is hereby ORDERED that the Case Man-

3   agement Conference, currently set for May 4, 2010, is **continued to June 3, 2010 at 2:00 p.m.**

4

5

6

7   Dated:  April 30, 2010

8   CLAUDIA WILKEN
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Turtle Island Restoration Network, et al. v. U.S. Department of State*, No. 4:09-cv-05239-CW
    Stipulation and Proposed Order Extending Continuing Case Management Conference        3

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on April 30, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 30, 2010                  /s/*David B. Glazer*
                                                 David B. Glazer